IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00382-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOSE ALCALA ,
      a/k/a Jose Gonzalez,

       Defendant.
_____

**ORDER**
_____

Upon Order of Remand from the Tenth Circuit Court of Appeals filed May 16, 2007, Defendant Jose Alcala shall have 10 days from the date of this Order to file a proper motion with this Court to demonstrate that his failure to comply with the filing requirements of F.R.App.P 4(b)(1)(A)(i) was based on excusable neglect or good cause.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Chief Judge

DATED: May 18, 2007